United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Maria Lievanos Gonzalez<br>265 Dh Alderman Rd.<br>Moultrie, GA 31788 | Chapter 13<br><br>Case No. 10-70259-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $277.89 in unclaimed funds of Maria Lievanos Gonzalez and , debtor(s).

Last Known Address (Most recent listed left to right):

Maria Lievanos Gonzalez
265 Dh Alderman Rd.
Moultrie, GA 31788

Dated: 7/22/2015

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee